1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2782

5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) CR. S-05-0361 GEB
                                 )
12          Plaintiff,           )
                                 )
13     v.                        ) STIPULATION AND ORDER
                                 ) CONTINUING ADMIT/DENY HEARING
14 MARTIN SANTILLAN-MORENO,      )
                                 ) Time: 9:00 a.m.
15          Defendant.           ) Court: Hon. Garland E. Burrell,
                                 ) Jr.
16                               ) Date: Friday, March 14, 2008
                                 )
17 _____)

18

19      The parties request that the Admit/Deny hearing currently
20 set for Friday, March 14, 2008, at 9:00 a.m., be continued to
21 Friday, April 4, 2008, at 9:00 a.m.
22      Since being assigned to this case, defense counsel has not
23 had sufficient time to investigate the allegations contained in
24 the petition nor has he had time to consult with his client about
25 the petition.
26      The additional time is necessary to ensure effective
27 preparation, taking into account the exercise of due diligence.
28 Furthermore, the interests of justice served by granting this

                                 1

1 continuance outweigh the best interests of the public and the
2 defendant in an immediate resolution of this petition.

                                          Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: March 13, 2008      By:   */s/ Kyle Reardon*
                                            KYLE REARDON
                                            Assistant U.S. Attorney


DATED: March 13, 2008      By:   */s/ Kyle Reardon* for
                                            Jeff Staniels
                                            Attorney for the Defendant

## **ORDER**

    The Admit/Deny hearing in case number S-05-0361 GEB, currently set for Friday, March 14, 2008, at 9:00 a.m., is continued to Friday, April 4, 2008, at 9:00 a.m..

IT IS SO ORDERED.

Dated:  March 14, 2008

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge