DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN SANTILLAN-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-361 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE |
| | ) | |
| MARTIN SANTILLAN-MORENO, | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | Date:  April 4, 2008 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MARTIN SANTILLAN-MORENO, that the status conference scheduled for April 4, 2008, be vacated and the matter continued until April 11, 2008, for further status conference at the request of the defense.

/ / / /

/ / / /

The reason for the continuance is to allow further consultation between counsel and with Mr. Santillan-Moreno concerning a decision concerning how to proceed in this supervised release revocation matter.

1 **IT IS SO STIPULATED.**

3 Date:  April 3, 2008          /s/ Kyle Reardon
                                KYLE REARDON
4                               Assistant United States Attorney
                                Counsel for Plaintiff

6 Date:  April 3, 2008          DANIEL J. BRODERICK
7                               Federal Defender

                                 /s/ Jeffrey L. Staniels
9                               JEFFREY L. STANIELS
                                Assistant Federal Defender
10                              Counsel for Defendant
                                MARTIN SANTILLAN-MORENO

                            **O R D E R**

14 **IT IS SO ORDERED.**

15 Dated:  April 4, 2008

                    _____
                    GARLAND E. BURRELL, JR.
                    United States District Judge

Stipulation and Order              -2-