DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN SANTILLAN-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-361 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE |
| | ) | |
| MARTIN SANTILLAN-MORENO, | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | Date:  April 11, 2008 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MARTIN SANTILLAN-MORENO, that the status conference scheduled for April 11, 2008, be vacated and the matter continued until May 2, 2008, for further status conference at the request of the defense.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1   The reason for the continuance is to allow further consultation
2 between counsel and with Mr. Santillan-Moreno concerning a decision
3 concerning how to proceed in this supervised release revocation matter.
4   **IT IS SO STIPULATED.**

6 Date:  April 3, 2008                 /s/ Kyle Reardon
                                       KYLE REARDON
7                                      Assistant United States Attorney
                                       Counsel for Plaintiff

9 Date:  April 3, 2008                 DANIEL J. BRODERICK
10                                     Federal Defender

                                        /s/ Jeffrey L. Staniels
12                                     JEFFREY L. STANIELS
                                       Assistant Federal Defender
13                                     Counsel for Defendant
                                       MARTIN SANTILLAN-MORENO

                                **O R D E R**

17   **IT IS SO ORDERED.**
18               By the Court,
19 Dated:  April 10, 2008

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

Stipulation and Order                  -2-