DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN SANTILLAN-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:05-cr-361 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING CASE |
| | ) |
| MARTIN SANTILLAN-MORENO, | ) Judge: Hon. Garland E. Burrell, Jr. |
| | ) Date:  May 2, 2008 |
| Defendant. | ) Time:  9:00 a.m. |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MARTIN SANTILLAN-MORENO, that the status conference scheduled for May 2, 2008, be vacated and the matter continued until May 16, 2008, for further status conference at the request of the defense.

The reason for the continuance is to allow further consultation between counsel and with Mr. Santillan-Moreno concerning a decision concerning how to proceed in this supervised release revocation matter and the unavailability of counsel.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between May 2, 2008 and May 16, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

    **IT IS SO STIPULATED.**

Date:  May 2, 2008          /s/ Kyle Reardon
                                  KYLE REARDON
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Date:  May 2, 2008          DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  MARTIN SANTILLAN-MORENO

**O R D E R**

    **IT IS SO ORDERED.**
Dated:  May 6, 2008

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge