```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    MARTIN SANTILLAN-MORENO
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:05-cr-361 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING CASE |
| | ) |
| MARTIN SANTILLAN-MORENO, | ) Judge: Hon. Garland E. Burrell, Jr. |
| | ) Date:  May 16, 2008 |
| Defendant. | ) Time:  9:00 a.m. |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MARTIN SANTILLAN-MORENO, that the status conference scheduled for May 16, 2008, be vacated and the matter continued until May 30, 2008, for further status conference at the request of the defense.

The reason for the continuance is to allow further consultation between counsel and with Mr. Santillan-Moreno concerning a decision concerning how to proceed in this supervised release revocation matter and the unavailability of counsel.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between May 16, 2008 and May 30, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

    **IT IS SO STIPULATED.**

Date:  May 15, 2008        /s/ Daniel McConkie Jr.
                                    DANIEL MCCONKIE JR.
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

Date:  May 15, 2008        DANIEL J. BRODERICK
                                    Federal Defender

                                   /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Counsel for Defendant
                                    MARTIN SANTILLAN-MORENO

                           **O R D E R**

    **IT IS SO ORDERED.**

Dated:  May 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order              -2-