DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN SANTILLAN-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-361 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE |
| ) | |
| MARTIN SANTILLAN-MORENO, ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | Date:  May 30, 2008 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MARTIN SANTILLAN-MORENO, that the status conference scheduled for May 30, 2008, be vacated and the matter continued until June 13, 2008, for further status conference at the request of the defense.

The reason for the continuance is due to the unavailability of defense counsel whose presence outside the district on a family medical matter is required.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act is not implicated by this continuance because this matter

involves alleged violations of Mr. Santillan-Moreno's term of supervised release.

**IT IS SO STIPULATED.**

Date: May 29, 2008                   /s/ Kyle Reardon
                                     KYLE REARDON
                                     Assistant United States Attorney
                                     Counsel for Plaintiff


Date: May 29, 2008                   DANIEL J. BRODERICK
                                     Federal Defender

                                      /s/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
                                     Assistant Federal Defender
                                     Counsel for Defendant
                                     MARTIN SANTILLAN-MORENO


**O R D E R**

**IT IS SO ORDERED.**

Dated: May 29, 2008

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

Stipulation and Order                -2-