DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN SANTILLAN-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>MARTIN SANTILLAN-MORENO,           )<br>                                   )<br>            Defendant.             )<br>                                   )<br>_____) | No. 2:05-cr-361 GEB<br><br>        AMENDED<br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING CASE<br><br>Judge: Hon. Garland E. Burrell, Jr.<br>Date:  June 27, 2008<br>Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant MARTIN SANTILLAN-MORENO, that the status conference scheduled for June 27, 2008, be vacated and the matter continued until July 25, 2008, for further status conference at the request of the defense.

The reason for the continuance is due to the unavailability for medical reasons of defense counsel.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act is not implicated by this continuance because this matter

involves alleged violations of Mr. Santillan-Moreno's term of supervised release.

**IT IS SO STIPULATED.**

Date:  June 26, 2008          /s/ Kyle Reardon
                              KYLE REARDON
                              Assistant United States Attorney
                              Counsel for Plaintiff


Date:  June 26, 2008          DANIEL J. BRODERICK
                              Federal Defender

                               /s/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Counsel for Defendant
                              MARTIN SANTILLAN-MORENO


**O R D E R**

**IT IS SO ORDERED.**

Dated:  June 27, 2008


_____
GARLAND E. BURRELL, JR.
United States District Judge


Stipulation and Order          -2-